No. 8956. STATE EX REL. JUDITH M. QUINN and HAROLD A. QUINN, RELATORS *v.* THE DISTRICT COURT OF FERGUS COUNTY and the HONORABLE STEWART McCONOCHIE, Judge, RESPONDENTS.

Decided January 16, 1950.

*Messrs. DeKalb, Dockery* and *Symmes* of Lewistown for the Relators.

Per Curiam.

On application for writ of supervisory control, it appearing

that the order of the district court complained of was made without notice to the adverse party, under section 9776, R. C. M. 1935, same may be vacated or modified without notice by the judge who made it, or it may be vacated or modified on notice in the manner in which other motions are made.

Such remedy being available, the writ is denied.